
FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

NOV 1 8 2009

Stephan Harris, Clerk
Casper

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| UNITED STATES OF AMERICA, | ) | No. 09CR 349J | |
|---|---|---|---|
| Plaintiff, | ) | Cts. 1 | 18 U.S.C. § 471 |
| | ) | | (Making Counterfeit Obligations |
| v. | ) | | of the United States) |
| | ) | | |
| RICKEY ARTHUR KEMPTER | ) | Ct. 2 | 18 U.S.C. § 472 |
| a/k/a RICK ARTHUR KEMPTER, | ) | | (Possession of Counterfeit |
| | ) | | Obligations of the United |
| Defendant. | ) | | States) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
### (Making Counterfeit Obligations of the United States)

On or about October 8, 2009, in Laramie County, in the District of Wyoming, defendant,

**Rickey Arthur KEMPTER a/k/a Rick Arthur Kempter** with intent to defraud, did falsely make,

forge, counterfeit, or alter obligations of the United States, that is, as follows:

| Qty | Denom. | Serial Number | Series |
|---|---|---|---|
| 8 | $50.00 | CB35243190A | 2001 |
| 8 | $50.00 | CG06492420A | 2001 |
| 8 | $50.00 | AH18781745A | 1996 |

In violation of 18 U.S.C. § 471.

## COUNT TWO
### (Possession of Counterfeit Obligations of the United States)

On or about October 8, 2009, in Laramie County, in the District of Wyoming, the Defendant, **Rickey Arthur KEMPTER, a/k/a Rick Arthur Kempter**, with intent to defraud, did possess falsely made, forged, and counterfeited, obligations of the United States, that is, as follows:

| Qty | Denom. | Serial Number | Series |
|---|---|---|---|
| 8 | $50.00 | CB35243190A | 2001 |
| 8 | $50.00 | CG06492420A | 2001 |
| 8 | $50.00 | AH18781745A | 1996 |

which he then knew to be falsely made, forged and counterfeited.

In violation of 18 U.S.C. § 472.

A TRUE BILL:

_____
FOREPERSON

_____
KELLY H. RANKIN
United States Attorney

# PENALTY SUMMARY

**DATE:** November 17, 2009

**DEFENDANT NAME:** RICKEY ARTHUR KEMPTER
a/k/a RICK ARTHUR KEMPTER

**VICTIM:** YES

**OFFENSE AND PENALTIES:**

| | | |
|---|---|---|
| OFFENSE: | Ct. 1 | **18 U.S.C. § 471** (Making Counterfeit Obligations of the United States) |
| PENALTY: | | 0-20 YEARS IMPRISONMENT<br>$250,000 FINE<br>3 YEARS SUPERVISED RELEASE<br>$100 SPECIAL ASSESSMENT |
| OFFENSE: | Ct. 2 | **18 U.S.C. § 472** (Possession of Counterfeit Obligations of the United States) |
| PENALTY: | | 0-20 YEARS IMPRISONMENT<br>$250,000 FINE<br>3 YEARS SUPERVISED RELEASE<br>$100 SPECIAL ASSESSMENT |
| **TOTAL:** | | 0-40 YEARS IMPRISONMENT<br>$500,000 FINE<br>3 YEARS SUPERVISED RELEASE<br>$200 SPECIAL ASSESSMENT |

**AGENT:** Rick Near, U.S. Secret Service     **AUSA:** LISA E. LESCHUCK

**ESTIMATED TIME OF TRIAL:**      **INTERPRETER NEEDED:**

✓ five days or less          ___ Yes
___ over five days           ✓ No
___ other

**THE GOVERNMENT:**

___ will

✓ will not

___ The court should not grant bond because the defendant is not bondable because there are detainers from other jurisdictions

**SEEK DETENTION IN THIS CASE.**